1  Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  60 East 42nd Street Suite 520
New York, NY 10165
4  Phone (212) 677-6801
Fax   (646) 273-2196
5  Email:  fedcourt@binderlawfirm.com
6
7  Attorneys for Plaintiff Penny Joanne Herbert

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11
PENNY JOANNE HERBERT,              )  No.:  5:15-cv-01223-MRW
12                                 )
        Plaintiff,                 )  **ORDER AWARDING ATTORNEY**
13                                 )  **FEES UNDER THE EQUAL**
                                   )  **ACCESS TO JUSTICE ACT,**
14        v.                       )  **PURSUANT TO 28 U.S.C. § 2412(d),**
15                                 )  **AND COSTS, PURSUANT TO 28**
CAROLYN W. COLVIN,                 )  **U.S.C. § 1920**
16  Acting Commissioner of Social  )
Security,                          )
17                                 )
                                   )
18        Defendant.               )
19  _____

20

21        Based upon the parties' Stipulation for the Award and Payment of Equal

22  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

23  be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND

24  AND THREE HUNDRED DOLLARS ($4,300.00), and costs under 28 U.S.C. §

25  1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the

26  terms of the above-referenced Stipulation, to include the United States Department

27  of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521

28  (2010).

1

2    Dated:  July 11, 2016

3                                              Michael R. Wilner
                                             United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2